UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-282(2)(PJS/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **DEFENDANT'S MOTION FOR DISCLOSURE OF** |
| | ) **STATEMENTS OF CO-DEFENDANTS OR** |
| Victor Devon Edwards, | ) **UNINDICTED ALLEGED CO-CONSPIRATORS** |
| | ) |
| Defendant. | ) |

Defendant Victor Edwards, by and through his attorney, respectfully moves the Court, pursuant to Rule 16(c) of the Federal Rules of Criminal Procedure and the authority of *Bruton v. United States*, 391 U.S. 123 (1968) for an order as follows:

1. Compelling the Government to give notice and disclosure of intent to use or refer to, and/or introduce into evidence at trial the statements or confessions of any co-defendant or unindicted co-conspirator, together with a designation of which statement or confessions the Government plans to so utilize; and
2. Granting the Defendant leave to file motion for severance, suppression, and/or in limine as indicated by the Government's response and a review of the relevant *Bruton* materials.

This motion is based on the indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of this motion.

Dated:  January 4, 2021                Respectfully submitted,

                                                       */s/Catherine Turner*
                                                      Catherine Turner (MN#0349057)
                                                      Attorney for Defendant
                                                      P.O. Box 19607
                                                      Minneapolis, MN 55419
                                                      (612) 361-4895
                                                      catherine@catherineturnerlaw.com