UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-282(2)(PJS/ECW)

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | DEFENDANT'S MOTION TO |
|  | ) | ADDRESS ISSUE OF DETENTION |
| Victor Devon Edwards, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Defendant Victor Edwards, by and through his attorney, hereby respectfully moves this court to reconsider the need for his continued detention.

On Wednesday, November 4, 2020, Mr. Edwards was arrested by agents of the ATF. He later appeared in front of Magistrate Menendez for a detention hearing on December 14, 2020 at which time he was held pending trial. Later, at a motions hearing on February 18, 2020, Mr. Edwards requested a release to attend the funeral of his aunt, Robyn Butler, who had passed away suddenly a few days prior. While he did not attend in person, he was able to attend for a short time via Zoom at the jail.

Since Aunt Robyn's passing, Mr. Edwards' remaining family has been in crisis. Mr. Edwards has a total of 14 children, 12 of whom are in the Twin Cities. Six of them life with his partner, Dernesha Holliday, who is currently injured from suffering a gunshot last summer. Before his arrest and detention, Mr. Edwards worked toward financially supporting his family and was also a very hands-on father, managing most domestic chores within the home. After his arrest, Aunt Robyn came to live with Ms. Holliday to help with the children who are all

under the age of twelve. Robyn played a critical role in caring for the children and assisting Ms. Holliday. Her sudden death has caused the family not only tremendous grief but also the loss of a parental figure on which Mr. Edwards and Ms. Holliday heavily depended. Without her, or Mr. Edwards, Ms. Holliday is suffering and so are their children.

Considering the dire situation in which he and his family find themselves due to the untimely passing of such an integral family member, Mr. Edwards respectfully implores the Court to reconsider the conditions of release. He would subject himself to GPS monitoring, increased supervision, and/or whatever other condition the Court would require to ensure his compliance while his trial is pending. His continued detention is disproportionately hurting his young family and Mr. Edwards assures the Court that there are conditions that could be imposed without his detention to protect the public and guarantee his appearance at future hearings.

Mr. Edwards now respectfully moves this Court for a hearing to reopen the issue of his detention. There is not another hearing scheduled before his status conference on August 6, 2021 at which to be otherwise heard and submit a proposal for his release as an alternative to his detention in this matter.

Dated: March 12, 2021              Respectfully submitted,

                                                           /s/Catherine Turner
Catherine Turner (MN#0349057)
Attorney for Defendant
P.O. Box 19607
Minneapolis, MN 55419
(612) 361-4895
catherine@catherineturnerlaw.com