UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-282(2) (PJS/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR DEVON EDWARDS,<br><br>　　　　Defendant. | **SECOND SUPERSEDING INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 844(i)<br>18 U.S.C. § 2101(a) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Riot)

On or about August 26, 2020, in the State and District of Minnesota, the defendant,

**VICTOR DEVON EDWARDS,**

used a facility of interstate commerce with the intent to incite a riot and to participate in and carry on a riot, and during the course of such use and thereafter performed and attempted to perform an overt act with the intent to incite a riot and participate in and carry on a riot, and to aid and abet any person in inciting and participating in and carrying on a riot. Overt acts include, but are not limited to, that on or about August 26, 2020, **VICTOR DEVON EDWARDS** incited, participated in, and carried on a riot, and aided and abetted other persons in inciting and participating in and carrying on a riot, all in violation of Title 18, United States Code, Section 2101(a).



United States v. Victor Devon Edwards                Criminal No. 20-282(2) (PJS/ECW)

## COUNT 2
(Arson)

On or about August 26, 2020, in the State and District of Minnesota, the defendant,

**VICTOR DEVON EDWARDS,**

aiding and abetting others and aided and abetted by others known and unknown to the Grand Jury, maliciously damaged and destroyed and attempted to damage and destroy, by means of fire, Target Corporation's corporate headquarters building, located at 1000 Nicollet Mall in Minneapolis, Minnesota, which is a building used in interstate and foreign commerce, and in activities affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2 and 844(i).

A TRUE BILL

_____        _____
ACTING UNITED STATES ATTORNEY        FOREPERSON